**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ROBERT M. WHITE | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) <br> v. | CV 10-7811 VBF (SHx) |
| ONE WEST BANK, FSB, et al. <br><br> DEFENDANT(S)/RESPONDENTS(S) | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Judge Fairbank recuses herself because her lawyer spouse represents a related party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 08-05.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

*Valerie Baker Fairbank*

10/29/10
Date

United States District Judge/Magistrate Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge __A. Howard Matz__. On all documents subsequently filed in this case, please substitute the initials __AHM__ after the case number in place of the initials of the prior Judge so that the case number will read: __CV10-07811 AHM (SHx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-52 (05/08)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05